Robert Gene Stokes
209 W Jackson St. . Apt  227
PhoenixAZ 85003
(602) 503-3259

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Gene Stokes,<br><br>        Plaintiff,<br><br>v.<br><br>Arizona State University-Aljacultre Dept.,<br><br>        Defendant(s). | CASE NUMBER:   CV-18-562-PHX-DGC<br><br>**COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to  §§ Arizona State University Arcutecture Detp.. The plaintiff  is a resident of Phoenix, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Teme , AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

### Complaint

Dog bite me on my left need.  We sat down to do our studies after she put the  German Sheaperd dog way. Two of the students join us  so we may finish our studies about 10min. later after dog bite. 30min past by and my need starded bleeding more and I told the group I have to leave, because my needs where hurting and bleeding. I, went home an clean my need and went to ASU Medical Center the nexst day, the Doctor put a large bandade on my left need and gave me medication for the pain.  The nexst day the Teachers did not like the dog that bit me and told our study group to study at the ASU library.   And we did. . ...

### Demand

Damages: $I Robert Stokes is suing foe 10,000.00 in intrest and 90,000.00 for the dog bite that confuse that semester and I suppose to gragute that semeter but I receve a D.  I had to go back ASU>

Date: 2-20-18

*[signature]* MD
Signature of Pro Se Plaintiff
Robert Gene Stokes
209 W Jackson St. . Apt 227
Phoenix, AZ 85003
(602) 503-3259

*[signature]*